WO

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 5 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 05-688-2-PHX-MHM |
|     Plaintiff,                                ) | |
| vs.                                                  ) | |
| Wendy Jo Rabinko,                         ) | **ORDER** |
|     Defendant.                            ) | |

    A status hearing regarding detention and a revocation hearings on the Petition on Probation was held on November 9, 2006.

    **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

    **THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this 15th day of November, 2006.

                                                _/s/ Lawrence O. Anderson_
                                                        Lawrence O. Anderson
                                                        United States Magistrate Judge